JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NORMA GANDARA-CEPEDA,

        Plaintiff,

v.

MARTIN O'MALLEY,

Commissioner of Social Security,

        Defendant.

No. 2:23-cv-10601-KS

[PROPOSED] **JUDGMENT**

    The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: May 21, 2024

HON. KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE